Caplan *v.* Honeywell, Inc., Appellant.

Argued April 13, 1971.

*James E. Coyne,* with him *Lancaster, Mentzer, Coyne & Duffy,* for appellant; *Allen S. Wuchenich* and *Daniel J. Weis,* with them *Jones, Gregg, Creehan and Gerace,* and *Weis & Weis,* for appellees.

Judgment affirmed.

SPAULDING, J., absent.

Carl, Appellant, *v.* Carl.

Argued April 15, 1971. *John L. Bailey,* with him *Albert L. Greenberg,* for appellant; *Robert W. Baldrige,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly refused a divorce in this case.

Commonwealth, Appellant, *v.* Arcuri.

Submitted April 12, 1971. *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellant; *Anthony V. DeCello,* for appellee.

Appeal quashed.